IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20061-CV-KING

ALEXANDER VERBITSKY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER DENYING PETITIONER'S MOTION FOR NEW TRIAL

THIS CAUSE came before this Court upon Petitioner's Motion for New Trial (DE #28). After a thorough review of the record, the Court concludes that Petitioner's motion should be denied. Rule 33(b)(1) of the Federal Rules of Criminal Procedure provides that "[a]ny motion for a new trial grounded on newly discovered evidence must be filed within three years after the verdict or finding of guilty." This time period is jurisdictional. *See U.S. v. Correa*, 362 F.3d 1306 (11th Cir. 2004). Petitioner was found guilty on June 21, 2002, over seven years ago. Thus, the motion is not timely and must be denied on jurisdictional grounds.

Furthermore, even if the motion were timely, it does not have merit. Petitioner claims that an error in translation occurred during trial, leaving the jury to believe that the witness saw a gun in Petitioner's possession, when in fact the witness merely said he thought Petitioner had a gun. This alleged error could have been discovered at trial and, more importantly, is not material. Whether Petitioner had a gun at the time of the offense has nothing to do with his substantive conviction, and would therefore not change the result.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, AND DECREED** that:

1. Petitioner's Motion for New Trial (DE #28) be, and the same is hereby, **DENIED**.

2. All pending motions are **DENIED as MOOT**.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 17th day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:
**Counsel for Petitioner (pro se)**
Mr. Alexander Verbitsky
Reg# 67768-004
Federal Correctional Inst.
PO Box 5000
Oakdale, LA 71463

**Counsel for United States of America**
Anne Ruth Schultz
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9117
Fax: 530-7941
Email: anne.schultz@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Richard Daniel Gregorie
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9148
Fax: 305-536-7213
Email: dick.gregorie@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED